

FILED SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 1 2 2019

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br><br>v.<br><br>2) TIMOTHY PAUL THORNE<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:18-cr-00358-RGK<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
|---|---|

Upon motion of _the Court,_____ IT IS ORDERED that a Hearing re Detention and Violation of Pretrial Supervision is set for July 17, 2019 at 2:00 p.m., in Courtroom 850, Roybal Courthouse, before the Honorable R. Gary Klausner.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: ___July 12, 2019___              _/s/ Autumn Spaeth_
                                         U.S. Magistrate Judge